

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>CARL A BEANE, SR AND VANESSA BEANE<br>    Debtors | BCN#: 19-17187<br><br>Chapter: 7 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC4 and its assignees and/or successors in interest,<br>    Movant/Secured Creditor,<br>v.<br>CARL A BEANE, SR<br>AND<br>VANESSA BEANE<br>    Debtors<br>and<br>Charles R Goldstein<br>    Trustee<br>    Respondents | |

ORDER LIFTING
AUTOMATIC STAY

THE COURT having considered the Motion of U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4 for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), the lack of opposition thereto and the record herein;

S&B# 19-282394

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) be lifted, as to U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4, holder of a certain promissory note evidencing an indebtedness established by the lien of a Deed of Trust, so as to enable it to exercise its rights under state law as to a property with the address of 978 Sunny Court, Gambrills, MD 21054, and recorded among the Land Records of the County of Anne Arundel, Maryland in Book 19141 at Page 667.  Subsequent to such sale, the Movant may take all lawful actions in accordance with state law, to take possession of the property, and shall provide a copy of the Report of Sale and all Audit Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

I ask for this:

<u>/s/ Malcolm B. Savage, III</u>
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283

S&B# 19-282394

Copies are to be sent to:

1. SHAPIRO & BROWN, LLP
   10021 BALLS FORD ROAD, SUITE 200
   MANASSAS, VA 20109

2. Carl A Beane, Sr and Vanessa Beane
   978 Sunny Court                                      Debtor(s)
   Gambrills, MD 21054

3. Charles R Goldstein
   111 S Calvert St
   Suite 1400
   Baltimore, MD 21202                                  Trustee

4. Edward C. Christman, Jr.
   Christman & Fascetta, LLC
   810 Gleneagles Court
   Suite 301                                            Debtor's
   Towson, MD 21286                                     Attorney


**END OF ORDER**

S&B# 19-282394